UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **14-21397-CIV-MORENO**

ANDREW FRANCIS,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD.,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION

THIS CAUSE came before the Court upon the Defendant's Motion to Compel Arbitration **(D.E. 10)**, filed **May 23, 2014.**

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. **ADJUDGED** that this motion is GRANTED. In *Lindo v. NCL (Bahamas) Ltd.*, 652 F.3d 1257 (11th Cir. 2011), *Bautista v. Star Cruises*, 396 F.3d 1289 (11th Cir. 2005) and their progeny, the Eleventh Circuit Court of Appeals has squarely held that a seaman's claims against his employer are subject to arbitration under Chapter 2 of the Federal Arbitration Act, 9 U.S.C. § 201 *et seq.*, which implements the Convention on the Recognition and Enforcement of Foreign Arbitral Awards. *See also Pysarenko v. Carnival Corp.*, 2014 U.S. Dist. LEXIS 59990 (S.D. Fla. 2014). In *Bautista,* 396 F.3d at 1289, the Eleventh Circuit Court of Appeals confirmed that the district court's role when considering applications to compel arbitration is limited to determining whether a valid written agreement exists containing an arbitration clause and whether an arbitrable issue exists and whether the right to arbitrate was waived. In *Lindo, supra*, the Eleventh

Circuit upheld the arbitration provision in a seaman's contract, expressly stating that a seaman cannot raise an Article V public policy defense at an initial arbitration-enforcement stage. *Id.* at *1283*.

Accordingly, in this district, whenever a seaman has executed an employment agreement having an arbitration clause which fulfills the criteria mandated by the Convention, arbitration is mandated. In the case before this Court, the requisite criteria are present. In following *Bautista*, *Lindo* and their progeny, arbitration is compelled.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of June, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record